# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700298

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## GARRETT J. BRETHAUER
Airman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 January 2018

———————————————

Before MARKS, WOODARD, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court